IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICK A. WHITE, and  JACQUELYNE A. SERRATO, | ) ) ) | 8:13CV62 |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **MEMORANDUM AND ORDER** |
| AMERICAN CORRECTIONAL ASSOCIATION, et al., | ) ) ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On May 8, 2013, the Clerk of the court sent a Memorandum and Order to Plaintiff Jacquelyne Serrato at her last known address. (Filing No. 10.) On May 23, 2013, the Memorandum and Order was returned to the court as undeliverable, and no forwarding information was provided. (Filing No. 11.) Plaintiff has an obligation to keep the court informed of her current address at all times. *See* NEGenR 1.3 (e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that: Plaintiff shall have until **July 29, 2013**, to apprise the court of her current address, in the absence of which she will be dismissed from this case without further notice. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: July 29, 2013: deadline for informing court of address.

DATED this 27th day of June, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.