IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICK A. WHITE, and JACQUELYNE A. SERRATO, | ) ) ) | 8:13CV62 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| AMERICAN CORRECTIONAL ASSOCIATION, et al., | ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court on its own motion. On June 27, 2013, the court ordered Plaintiff Jacquelyne Serrato ("Serrato") to apprise the court of her current address. (Filing No. 12.) The court cautioned Serrato that failure to update her address by July 29, 2013, would result in dismissal of her claims against Defendants without further notice. (*Id.*) Serrato has not responded to this court's Memorandum and Order and has not updated her address with the court.

IT IS THEREFORE ORDERED that: Serrato's claims against Defendants are dismissed without prejudice.

DATED this 31st day of July, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.